IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: December 08, 2010



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-12521

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Vicki Kaskey Spitzberg<br>       Debtor.<br>_____<br>CitiMortgage, Inc.<br><br>       Movant,<br>  vs.<br><br>Vicki Kaskey Spitzberg, Debtor; Jill H. Ford, Trustee.<br><br>       Respondents | No. 2:09-bk-11235-SSC<br><br>Chapter 7<br><br>ORDER FOR ABANDONMENT<br><br>(Related to Docket #38) |

On this day came on for consideration, CitiMortgage, Inc., its assignees and/or successors in interest ("Movant" herein) Motion for Abandonment pursuant to 11 U.S.C. 554(b). Good cause appearing,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that all of the Trustee's interest in the following described real property is abandoned:

    10489 E.Star of the Desert Dr.
    Scottsdale AZ 85255

and legally described as:

LOT 41, OF MCDOWELL MOUNTAIN RANCH PARCEL NN, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 407 OF MAPS. PAGE 25: EXCEPT ALL MINERALS IN SAID LAND AS RESERVED TO, THE UNITED STATES IN PATENT AND EXCEPTING ALL URANIUM, THORIUM, OR OTHER MATERIAL WHICH IS OR MAY BE DETERMINED TO BE PECULIARLY ESSENTIAL TO THE PRODUCTION OF FISSIONABLE MATERIALS. WHETHER OR NOT OF COMMERCIAL VALUE PURSUANT TO THE PROVISIONS OF THE ACT OF AUGUST 1. 1946 , (60 STAT, 755) AS SET FORTH IN THE PATENT ON SAID LAND.